## Kaplan's, Inc., Appellant, v. Aetna Insurance Company, Appellee.

Gen. No. 47,216.

First District, Second Division.

March 18, 1958.

Released for publication April 18, 1958.

Leonard J. Braver, for appellant; Harold J. Ross, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.